[No. 22803-7-III. Division Three. March 31, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL R. JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-00492-9, Gregory D. Sypolt, J., entered February 18, 2004. *Reversed* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis and Brown, JJ.

[No. 22883-5-III. Division Three. March 31, 2005.]

THERESA A. MOSES, *Appellant*, v. COLVILLE VALLEY CONCRETE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Stevens County, No. 02-2-00440-5, Allen Nielson, J., entered March 24, 2004. *Reversed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Brown, JJ.

[Nos. 22896-7-III; 22899-1-III. Division Three. March 31, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN RAY STILSON, *Appellant*.

Appeals from a judgment of the Superior Court for Spokane County, No. 03-1-02966-2 and 04-1-00439-1, Tari S. Eitzen, J., entered March 18, 2004. *Remanded* by unpublished opinion per Brown, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 52090-3-I. Division One. April 4, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON PETER AXELSON, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 02-1-00227-8, Vickie I. Churchill, J., entered March 4, 2003. *Affirmed in part* and *remanded* by unpublished opinion per Grosse, J., concurred in by Baker and Becker, JJ.